AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>Elmer RODRIGUEZ-Figueroa<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:24MJ354-SMD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 17, 2024__ in the county of __Coffee__ in the __Middle__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C., § 1326(a) | Reentry of removed Alien who enters, attempts to enter, or is at any time found in the United States without obtaining permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security, the penalty, upon conviction, for this offense shall be under such title, imprisoned not more than two (2) years, or both. |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven W. Pearson, Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/19/2024

_____
*Judge's signature*

City and state: Montgomery, Alabama

Stephen M. Doyle, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

## AFFIDAVIT IN CRIMINAL COMPLAINT

I, Steven W. Pearson, being duly sworn, depose and state:

I am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Office of Enforcement and Removal Operations (ERO) in Montgomery, Alabama. I have been so employed for three (4) years. As part of my daily duties as a Deportation Officer (DO), I investigate criminal violations relating to immigration and nationality laws.

On November 17, 2024, the ICE/ERO Office in Montgomery, Alabama was contacted by the Coffee County Jail regarding Elmer RODRIGUEZ-Figueroa who had been arrested for Driving Under the Influence of Alcohol on November 17, 2024. The Coffee County sent RODRIGUEZ-Figueroa's fingerprints, and it was determined that RODRIGUEZ-Figueroa was present in the United States illegally and a detainer was placed. RODRIGUEZ-Figueroa's fingerprints were queried in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) databases revealing an Alien Registration Number (A#) 209 799 381, a Fingerprint Identification Number (FINS) 1222935524, and a Federal Bureau of Investigations Number (FBI#) 5RVJFJ065. A# 088 607 619 was queried in the ENFORCE Alien Removal Module (EARM) revealing that RODRIGUEZ-Figueroa had previously been removed to Honduras.

RODRIGUEZ-Figueroa's personal identifiers were further queried in additional immigration and criminal databases and the encounters associated with these personal identifiers are as follows:

### Encounter 1

1. On March 26, 2017, RODRIGUEZ-Figueroa was apprehended by the US Border Patrol (USBP) near Sasabe, AZ. RODRIGUEZ-Figueroa was processed and served him with a Notice to Appear, Form I-862.
2. On April 18, 2017, RODRIGUEZ-Figueroa was issued a Final Order of Removal by an Immigration Judge.
3. On May 3, 2017, RODRIGUEZ-Figueroa was physically removed from the United States to Honduras via the Phoenix, AZ Port of Entry (POE).

### Encounter 2

1. On January 17, 2018, RODRIGUEZ-Figueroa was apprehended by the USBP near Sasabe, AZ. RODRIGUEZ-Figueroa was processed and served him with a Notice to Reinstate a Prior Order of Removal, Form I-871.
2. RODRIGUEZ-Figueroa's case was presented for prosecution for violation of 8 USC 1325(a)(1) and was adjudicated guilty on January 18, 2018.
3. On March 7, 2018, RODRIGUEZ-Figueroa was physically removed from the United States to Honduras via the Phoenix, AZ Port of Entry (POE).

ATTACHMENT A

**Encounter 3**

1. On November 17, 2024, RODRIGUEZ-Figueroa was arrested by the Coffee County Sheriff's Office for Driving Under the Influence of Alcohol. Charge is still pending.

   RODRIGUEZ-Figueroa's information was queried in the Central Index System (CIS) and the Computer Linked Application Information Management System (CLAIMS) database resulting in no approved or pending applications allowing RODRIGUEZ-Figueroa to enter, be in, pass through, or remain in the United States. These record checks indicate RODRIGUEZ-Figueroa has not obtained permission from the Attorney General of the United States or the Secretary for the Department of Homeland Security to reenter the United States legally.

   On November 18, 2024, advanced copies of RODRIGUEZ-Figueroa's removal documents contained within the A-File were requested from the National Record Center (NRC).

   Based on my experience and training, it is my belief probable cause exists to arrest Elmer RODRIGUEZ-Figueroa for violation of Title 8, United States Code, Section 1326(a), Reentry of removed Alien who enters, attempts to enter, or is at any time found in the United States without obtaining permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security, the penalty, upon conviction, for this offense shall be a fine under such title, imprisoned not more than two (2) years, or both.

   Jurisdiction resides in the United States District Court, Middle District of Alabama in Montgomery, Alabama.

   _____
   Steven W. Pearson, Affiant
   U.S. Department of Homeland Security
   Immigration and Customs Enforcement

Sworn to and subscribed before me
This 19TH day of November, 2024.

_____
United States Magistrate Judge

2